[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 15, 2008
THOMAS K. KAHN
CLERK

No. 07-12237
Non-Argument Calendar

_____

D. C. Docket No. 06-00340-CR-J-25-TEM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN ROSARIO PEREZ,
a.k.a. Rosario Perez,
a.k.a. Elio Almendarez-Munguia,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(January 15, 2008)**

Before EDMONDSON, Chief Judge, BIRCH and DUBINA, Circuit Judges.

PER CURIAM:

Charles L. Truncale, Esq., appointed counsel for Juan Rosario Perez, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Independent examination of the entire record reveals no arguable issues of merit, therefore, counsel's motion to withdraw is **GRANTED**, and Perez's conviction and sentence are **AFFIRMED**.